United States District Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TRENICE M. REED AND KENNETH REED, § § § | |
| *Plaintiffs*, § § | |
| v. § | CIVIL ACTION NO. 4:21-CV-03713 |
| § § | |
| EK REAL ESTATE SERVICES OF NY LLC, ET AL., § § § | |
| *Defendants*. § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESET INITIAL HEARING SET FOR MARCH 18, 2022

Upon consideration of the Defendants' Unopposed Motion to Reset Initial Hearing Set for March 18, 2022 [Doc. 34], the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Initial Hearing set for March 18, 2022 is reset to March 24, 2022, at 11:10 a.m. by Zoom. A link will be provided.

Signed this \_\_\_25th\_\_\_ day of \_\_\_February\_\_\_, 2022.

*Lee H. Rosenthal*

JUDGE PRESIDING